UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:04-cr-177 |
| ) | *Edgar / Lee* |
| REGINALD TAYLOR and ) | |
| CALVIN TORY ) | |

## **MEMORANDUM AND ORDER**

The United States Magistrate Judge granted a motion by defendant Reginald Taylor on December 9, 2004 [Doc. No. 18], and ordered that a psychiatric evaluation pursuant to 18 U.S.C. §§ 4241, 4242, and 4247. A forensic evaluation was received by the Court and filed on April 4, 2005, from the Federal Bureau of Prisons Medical Center, Lexington, Kentucky. A copy of the evaluation from Karen Milliner, Psy.D., Forensic Psychologist, was provided to counsel.

On April 28, 2005, defendant Taylor, through his attorney, filed a waiver of mental competency hearing pursuant to 18 U.S.C. § 4247(d) [Doc. No. 30].

Based on the court record, the Court **DETERMINES** that defendant Reginald Taylor is not currently suffering from a mental disease or defect which renders him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense. The Court **FURTHER DETERMINES** the defendant should be able to participate in all courtroom activities and

-1-

is currently competent to stand trial.

A separate discovery and scheduling order setting this matter for trial will be entered which shall apply to both defendants Reginald Taylor and Calvin Tory.

SO ORDERED.

ENTER this *4th day of May, 2005*.

                              */s/ R. Allan Edgar*
                              R. ALLAN EDGAR
                              CHIEF UNITED STATES DISTRICT JUDGE